STATE of Missouri, Respondent,

v.

Webber Douglas GILMER, Appellant.

No. WD 70446.

Missouri Court of Appeals,
Western District.

Oct. 19, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 7, 2010.

Susan L. Hogan, Esq., for appellant.

Shaun J. Mackelprang, Esq., and John
W. Granthan, Esq., Jefferson City, MO,
for respondent.

Before Division Four: LISA WHITE
HARDWICK, Chief Judge, Presiding,
JAMES E. WELSH, Judge, CHARLES
E. ATWELL, Special Judge.

#### ORDER

PER CURIAM.

Webber Gilmer appeals his conviction
for first-degree murder and armed crimi-
nal action. Gilmer contends the circuit
court erred in failing to submit a self-
defense instruction to the jury. For rea-
sons explained in a Memorandum provided
to the parties, we affirm the judgment of
conviction.

AFFIRMED. Rule 30.25(b).